ROBERT DRAVECKA and Others, Respondents, v. OIL SHARES, INC., and Others, Defendants, Impleaded with JOSEPH MEYER, JR., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

ANNA HUNGER, Respondent, v. CHARLOTTE B. STIMPSON, Appellant.— Order so far as appealed from reversed, with ten dollars costs and disbursements and motion granted, with ten dollars costs. No opinion. The bill of particulars to be served within ten days from service of order. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

ELMER E. BEECK and FULTON TRUST COMPANY OF NEW YORK, as Trustees, Appellants, v. H. T. GALPIN REALTY CORPORATION and Others, Respondents, SELMA R. GALPIN, as Agent for H. T. GALPIN REALTY CORPORATION, Landlord, against PHILSIM REALTY CORPORATION, Tenant, and Others, etc.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

MAX BLOCK, Respondent, v. HANNAH NORMAN ESTATE, INC., Appellant, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

ANTON SCHICHOWSKI v. AUGUST EDWARD HOFFMANN.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted until the granting or final refusal by the Court of Appeals of leave to appeal, upon defendant's filing the undertaking required by sections 593 and 594 of the Civil Practice Act. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

FIRST NATIONAL TRUST AND SAVINGS BANK OF SAN DIEGO, CALIFORNIA, as Administrator c. t. a. of FRANK CROZIER, Deceased, etc., v. UNITED STATES STEEL CORPORATION and Others, Impleaded with MACLAY HOYNE and Others.— Motion for leave to appeal to the Court of Appeals and for a stay denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

DUFFY-MOTT COMPANY, INC., v. CHARLES F. HOLLWEDEL and Others. CHARLES F. HOLLWEDEL v. DUFFY-MOTT COMPANY, INC.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted until the granting or final refusal by the Court of Appeals of leave to appeal, upon the filing by Duffy-Mott Company, Inc., of the undertaking required by sections 593 and 594 of the Civil Practice Act. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

SAMUEL LEVINE and Others v. GREENFIELD-ROFFER CORPORATION.— Motion for leave to appeal to the Court of Appeals denied. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.